IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA L SOLIS, Secretary of Labor, United States Department of Labor, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | Civil Action No. 4:11-cv-0454 |
| KINDER MORGAN ENERGY PARTNERS, L.P. and KINDER MORGAN, INC., | | |
| Defendants. | | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants Kinder Morgan Energy Partners, L.P. and Kinder Morgan, Inc. (collectively, "Kinder Morgan"), by and through their undersigned counsel, make the following disclosure of financially interested parties. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities may be financially interested in the outcome of this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal. The names of publicly traded entities are underlined.

1. Hilda Solis, Secretary of Labor, United States Department of Labor.

2. The persons listed in Exhibit A to Plaintiff's Complaint.

3. <u>Kinder Morgan Energy Partners, L.P.</u>

4. <u>Kinder Morgan, Inc.</u>

5. KMGP Services Company, Inc.

        Respectfully submitted,

        JACKSON LEWIS LLP

        By:   /s/ Paul DeCamp
            Paul DeCamp
            DeCampP@jacksonlewis.com
            JACKSON LEWIS LLP
            10701 Parkridge Blvd., Suite 300
            Reston, VA 20191
            Telephone:  (703) 483-8300
            Facsimile:  (703) 483-8301
*Motion for Admission Pro Hac Vice Pending*

OF COUNSEL:

Teresa S. Valderrama
Texas Bar No. 20422500
Southern District No. 10687
valderrt@jacksonlewis.com
JACKSON LEWIS LLP
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone:  (713) 650-0404
Facsimile:  (713) 650-0405

        And

        Nancy Patterson
        Texas Bar No. 15603520
        Southern District ID No. 19221
        MORGAN, LEWIS & BROCKIUS
        1000 Louisiana, Suite 4000
        Houston, TX 77002
        Telephone:  (713) 890-5195
        Facsimile:  (713) 890-5001

        ATTORNEYS IN CHARGE FOR DEFENDANTS
        KINDER MORGAN ENERGY PARTNERS, L.P. AND
        KINDER MORGAN, INC.

## Certificate of Service

I certify that the preceding Defendants' Rule 7.1 Disclosure And Certificate of Interested Parties was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Houston Division, on March 9, 2011, and therefore has been served on the attorney in charge for Plaintiff, Karla S. Jackson, U.S. Department of Labor, Office of the Solicitor, 525 S. Griffin Street, Suite 501, Dallas, TX 75202, in accordance to such e-filing protocols.

_____
Teresa S. Valderrama

4850-8001-9464, v. 1